UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-7646-MWF(MRWx)**                                    Dated: **September 21, 2016**

Title:    Kaloud, Inc. -v- Global Hookah Distributors, Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                          None Present
    Relief Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                         None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

    In light of the Notice of Settlement filed September 20, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 31, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                      Initials of Deputy Clerk   cw
CIVIL - GEN