Peter Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665
Facsimile: (310) 943-2085

Attorneys for Plaintiff,
KALOUD, INC.

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KALOUD, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL HOOKAH DISTRIBUTORS, INC., a North Carolina corporation, d/b/a SOUTH SMOKE, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-07646-MWF-MRW<br><br>**ORDER GRANTING STIPULATED PERMANENT INJUNCTION AND DISMISSING ACTION, WITH PREJUDICE** |

1  Pursuant to the Parties' Stipulation, the following permanent injunction and
2  dismissal are hereby ORDERED:
3  1. Defendant GLOBAL HOOKAH DISTRIBUTORS, INC., and its employees,
4  directors, owners, officers, managers, and agents are prohibited from offering for sale,
5  selling, importing or distributing any product that bears the "Kaloud" or Kaloud "Lotus"
6  name and/or trademark, including Reg. Nos. 4810850, 4703536, 4758255, the stylized logo
7  of Reg. Nos. 4762725, 4703537, and the Kaloud Lotus trade dress, or from stating
8  expressly or impliedly in any communication or advertisement that any product is
9  sponsored with, affiliated by or sourced from Kaloud, or from using or facilitating the use
10 of , in any manner "Kaloud" or "Kaloud Lotus" name and/or trademark, including the
11 stylized logo of including Reg. Nos. 4810850, 4703536, 4758255, the stylized logo of Reg.
12 Nos. 4762725, 4703537 or the Kaloud Lotus trade dress, unless that product is an
13 authorized Kaloud product.
14 2. Pursuant to the Parties' Stipulation, this case is hereby DISMISSED, WITH
15 PREJUDICE, in its entirety.

IT IS SO ORDERED.

Dated: October 21, 2016   _____
                          Hon. Michael W. Fitzgerald